# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2021-0556, <u>Abbey Run Construction, LLC v. Diane Cerundolo</u>, the court on September 16, 2022, issued the following order:**

Having considered the memorandum of law filed by the plaintiff, Abbey Run Construction, LLC, the brief filed by the defendant, Diane Cerundolo, and the limited record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). The defendant appeals an order of the Circuit Court (<u>Spath</u>, J.) entering judgment in favor of the plaintiff on the plaintiff's small claim for breach of contract. We affirm.

We are unable to review the defendant's appellate arguments substantively because she has not provided a sufficient record for our review. As the appealing party, the plaintiff has the burden of providing us with a record sufficient to decide her appellate issues. <u>Bean v. Red Oak Prop. Mgmt.</u>, 151 N.H. 248, 250, (2004); <u>see</u> <u>Sup. Ct. R.</u> 13; <u>see also</u> <u>Town of Nottingham v. Newman</u>, 147 N.H. 131, 137 (2001) (explaining that the rules of appellate practice are not relaxed for self-represented litigants). The plaintiff has not provided a transcript of the hearing on the merits. Absent a complete record, we must assume that the evidence supported the trial court's decision. <u>See</u> <u>Bean</u>, 151 N.H. at 250. We review the court's order for errors of law only, <u>see</u> <u>Atwood v. Owens</u>, 142 N.H. 396, 397 (1997), and find none.

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**